# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOSE ANTONIO RIVERA**,

   *Plaintiff*,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC., et al.**,

   *Defendants*.

_____/

Case No:    8:24-cv-01790-SDM-NHA

## NOTICE OF SETTLEMENT WITH DEFENDANT PRIMAVERA FINANCIAL, INC. d/b/a PRIMAHEALTH CREDIT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Primavera Financial, Inc. d/b/a Primahealth Credit have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Primavera Financial, Inc. d/b/a Primahealth Credit from this case with prejudice.

Respectfully submitted on September 19, 2024.

   /s/ *Bryan J. Geiger*
Bryan J. Geiger
Florida Bar Number: 119168
Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 321-2348
BGeiger@SeraphLegal.com
*Counsel for Plaintiff*