UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSE ANTONIO RIVERA**,

   *Plaintiff*,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC., et al.,**

   *Defendants*.
_____/

Case No:     8:24-cv-01790-SDM-NHA

## NOTICE OF SETTLEMENT WITH DEFENDANT HY CITE ENTERPRISES, LLC

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Hy Cite Enterprises, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Hy Cite Enterprises, LLC from this case with prejudice.

Nothing herein affects Plaintiff's claims against Experian.

Respectfully submitted on September 30, 2024.

                                                      */s/ Bryan J. Geiger*
                                                      Bryan J. Geiger
                                                      Florida Bar Number: 119168
                                                      Seraph Legal, P. A.
                                                      2124 W Kennedy Blvd., Suite A
                                                      Tampa, FL 33606
                                                      (813) 321-2348
                                                      BGeiger@SeraphLegal.com
                                                      *Counsel for Plaintiff*